UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-65-MOC

| | |
|---|---|
| SHARON JONES MORRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand. (Doc. No. 16).

The motion is **GRANTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

Furthermore, the Clerk is respectfully instructed to notice Doc. No. 10 (Plaintiff's Brief) as no longer pending.

Signed: November 30, 2023

Max O. Cogburn Jr
United States District Judge